FILED

12/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0582

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0582

_____

PERKINS FAMILY HOLDINGS, LLC, a
Montana Limited Liability Company

      Plaintiff and Appellant,

  v.                            O R D E R

THE TILE GUYS, LLC, and MARSHAL RAY
BUTTERFIELD, an individual,

      Defendants and Appellees.

_____

On October 4, 2023, Appellant filed a Notice of Appeal in this matter. In that Notice, Appellant asserted that "all available transcripts of the proceedings in this case have NOT been ordered from the court reporter contemporaneously with the filing of this notice of appeal, but will be ordered within 11 days of the filing of the notice of appeal." On October 27, 2023, the District Court record was filed in this Court. To date, no transcripts have been filed.

IT IS ORDERED that, on or before December 28, 2023, Appellant shall file a report on the status of this appeal. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 7 2023